

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MIDWEST FAMILY MUTUAL INSURANCE COMPANY, | CV 18–132–M–DLC |
| Plaintiff, | |
| vs. | ORDER AND JUDGMENT |
| SKYLAR DIXON, Defendants. | |

Before the Court is the Stipulation for Entry of Consent Judgment of No Coverage under Midwest Policy (Doc. 8) filed by the remaining parties to this litigation, Plaintiff Midwest Family Mutual Insurance Company and Defendant Skylar Dixon.

Pursuant to the terms of the parties' stipulations, IT IS ORDERED:

(1) The insurance policy issued by Midwest to Felder & Company, LLC d/b/a Stillwater Fish House & Oyster Bar ("Felder") (Business owner's Policy CPMT0560117715 and related endorsements ("Midwest Policy")) does not provide coverage for the claims asserted by Mr. Dixon in the lawsuit he filed

against Felder in the Eleventh Montana Judicial District Court in Flathead County, DV-17-853D ("Dixon Lawsuit");

(2) Midwest has no duty to defend or indemnify Felder for the claims Mr. Dixon asserts against Felder in the Dixon Lawsuit;

(3) Midwest is entitled to withdraw from the defense of Felder in the Dixon Lawsuit; and

(4) This Order is a final determination of the rights of the parties in this action, and this case is CLOSED. The parties are responsible for their own attorneys' fees and costs.

Dated this 13th day of November, 2018.

Dana L. Christensen, Chief Judge
United States District Court